No. 79–1780.  FELS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–1800.  LAUGHMAN ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 79–1812.  LIGGETT *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 72–1822.  NEFF *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–1826.  CARCAISE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–1827.  FARESE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–1832.  GROSS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–6192.  ADDERLEY *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 79–6199.  PANZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–6208.  KIRK *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 79–6209.  STANLEY ET AL. *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 79–6216.  LANE *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 79–6218.  CARROLL *v.* DUCKWORTH, WARDEN.  C. A. 7th Cir.  Certiorari denied.